UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
21-cv-60577-RAR

NANCY WADE,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), NA,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, NANCY WADE, pursuant to F. R. C. P. 41(a) voluntarily dismisses this action against Defendant, CAPITAL ONE BANK (USA), NA.

    Debt Shield Law
    Attorney for Plaintiff
    3440 Hollywood Blvd., Suite 415
    Hollywood, FL 33021
    Tel:    754-800-5299
    Fax:    305-503-9457
    service@debtshieldlaw.com
    joel@debtshieldlaw.com

    */s/ Joel D. Lucoff*
    Joel D. Lucoff
    Fla. Bar No. 192163