UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60577-RAR

**NANCY WADE**,

    Plaintiff,

v.

**CAPITAL ONE BANK (USA), N.A.**,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Notice of Voluntary Dismissal [ECF No. 8]. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of May, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record